```
            UNITED STATES DISTRICT COURT
         SOUTHERN DISTRICT OF WEST VIRGINIA
                   AT CHARLESTON
```

AVN CORPORATION,

    Plaintiff,

v.                       Civil Action No. 2:23-CV-00149

RESEARCH TECHNOLOGIES, LLC
And RODMAN EGGEN,

    Defendants.

## MEMORANDUM OPINION AND ORDER

Pending is the Motion to Seal Exhibits 4, 5, and 6 (ECF 50), filed on January 27, 2025, by AVN Corporation.

The motion seeks to file Exhibits 4 and 5 to AVN's Motion for Summary Judgment under seal because the exhibits "contain confidential and proprietary business information related to an agreement" between the parties. ECF 51. Further, the motion seeks to file Exhibit 6 to AVN's Motion for Summary Judgment under seal because it "was designated as confidential" by Research Technologies and "contains sensitive financial information" that belongs to Research Technologies. Id.

It is ORDERED that the Motion to Seal Exhibits 4, 5, and 6 be, and it hereby is, granted. The Clerk is directed to file Exhibits 4, 5, and 6 under seal until further order of the court.

The Clerk is directed to transmit copies of this order to all counsel of record and any unrepresented parties.

ENTER: February 3, 2025

_____
John T. Copenhaver, Jr.
Senior United States District Judge

2