UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
AT CHARLESTON


AVN CORPORATION,

       Plaintiff,

v.                                    Civil Action No. 2:23-CV-00149


RESEARCH TECHNOLOGIES, LLC
And RODMAN EGGEN,

       Defendants.


<u>MEMORANDUM OPINION AND ORDER</u>


       Pending is Motion for Leave to File Certain Exhibits Under Seal (ECF 56), filed on January 27, 2025, by Research Technologies and Rodman Eggen.

       The motion seeks to seal Exhibits C, E, F, G, H, I, J, K, L, N, O, and P on the grounds that the exhibits are of a "confidential and proprietary nature" containing "confidential research and communications that are part of the underlying contractual dispute between the parties." ECF 57.

       It is ORDERED that the Motion to Seal Exhibit be, and it hereby is, granted.  The Clerk is directed to file Exhibits C, E, F, G, H, I, J, K, L, N, O, and P under seal until further order of the court.

The Clerk is directed to transmit copies of this order to all counsel of record and any unrepresented parties.

ENTER: February 3, 2025

John T. Copenhaver, Jr.
Senior United States District Judge