```
          UNITED STATES DISTRICT COURT
       SOUTHERN DISTRICT OF WEST VIRGINIA
                 AT CHARLESTON
```

AVN CORPORATION,

    Plaintiff,

v().                        Civil Action No. 2:23-cv-00149

RESEARCH TECHNOLOGIES, LLC
And RODMAN EGGEN,

    Defendants.

## MEMORANDUM OPINION AND ORDER

Pending is Defendants' Motion for Leave to File Certain Exhibits Under Seal (ECF 65), filed on February 10, 2025, by Research Technologies and Rodman Eggen.

The motion seeks to seal Exhibits 1, 3, 4, 5, 6, 12, and 13 on the grounds that the exhibits are "all related to confidential research and communications that are part of the underlying contractual dispute between the parties." ECF 66.

It is ORDERED that the Defendants' Motion for Leave to File Certain Exhibits Under Seal, and it hereby is, granted. The Clerk is directed to file Exhibits 1, 3, 4, 5, 6, 12, and 13 under seal until further order of the court.

The Clerk is directed to transmit copies of this order to all counsel of record and any unrepresented parties.

ENTER: February 19, 2025

_____
John T. Copenhaver, Jr.
Senior United States District Judge